

**'08 CIV 5645**

OFFICE COPY

| SERVED | MAIL PERS | DOCK'D |
|--------|-----------|--------|
| FILED  |           | DOCK'D |
| DIARIED |         |        |

PROSKAUER ROSE LLP
Russell L. Hirschhorn
Kevin J. Pflug
1585 Broadway
New York, New York 10036-8299
P: 212.969.3286
F: 212.969.2900
*Attorneys for Plaintiff*

RECEIVED
JUN 23 2008
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------

BOARD OF TRUSTEES OF THE UFCW      :    Civil Case No.: _____
LOCAL 174 PENSION FUND,
                                   :
            Plaintiff,             :         **RULE 7.1 DISCLOSURE
                                             STATEMENT**
                                   :
            v.                     :
                                   :            __**ECF CASE**__
KUROWYCKY MEAT PRODUCTS, INC.,     :
                                   :
            Defendant.             :

-------------------------------------------------------------

    1.    This Disclosure Statement is prepared in compliance with Rule 7.1 of the Federal Rules of Civil Procedure.

    2.    Plaintiff Board of Trustees of the UFCW Local 174 Pension Fund has no corporate parents, subsidiaries, or affiliates.

Dated: New York, New York
       June 19, 2008

                          PROSKAUER ROSE LLP
                          Attorneys for Plaintiff

                          By: _____
                             Russell L. Hirschhorn
                             Kevin J. Pflug
                          1585 Broadway
                          New York, New York 10036
                          (212) 969-3000

                          rhirschhorn@proskauer.com
                          kpflug@proskauer.com