# AFFIDAVIT OF SERVICE

R.D. WELLS SERVICES

Index # 08 Civ.5645 (WHP)

STATE OF NEW YORK    UNITED STATES DISTRICT Court,    SOUTHERN DISTRICT OF NEW YORK

BOARD OF TRUSTEES OF THE UFCW LOCAL 174 PENSION FUND,

Plantiff

against

Defendant

KUROWYCKY MEAT PRODUCTS, INC.

STATE OF NEW YORK
County of: ALBANY

Robert Wells, being duly sworn, deposes and says that he/she is over the age of eighteen(18) years; that on: 8/7/2008 at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he/she served the annexed Order for Initial Pretrial Conference on KUROWYCKY MEAT PRODUCTS, INC.

Defendant in this action, by delivering to and leaving with Tammy Alexander an authorized agent in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00 Dollars. That said service was made pursuant to Section 306, Business Corporation Law.

Deponent further says that he/she knew the person so served as aforesaid to be an authorized agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he/she describes the person actually served as follows:

Sex:   Skin Color:  Hair Color: Age (Approx.)  Height (Approx.) Weight (Approx.)

Female  Black    Black    40    5'6    150

Other Identifying Features:

_____
Robert Wells

Sworn to before me, this

14 day of Aug, 2008

_____
Notary Public-Commissioner of Deeds

DEBRA HACKSTADT
Notary Public, State of New York
No. 50H-4496
Qualified in Albany County
Commission Expires November 30, 10

R. D. WELLS SERVICES
P.O. BOX 3931
ALBANY, NY 12203